UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:17-CV-80532-KAM

DAVID POSCHMANN,

    Plaintiff,

v.

VIA BICE WORTH AVENUE, LLC,

    Defendant.

## STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE AS TO VIA BICE WORTH AVENUE, LLC

Plaintiff, David Poschmann, and Defendant, Via Bice Worth Avenue, LLC, through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby stipulate to and move for dismissal with prejudice of the above-styled case as to Defendant, Via Bice Avenue, LLC, with each party to bear his/its attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Drew M. Levitt | /s/ Merry E. Lindberg |
| Drew M. Levitt, Esq. | Merry E. Lindberg, Esq. |
| FL Bar No. 782246 | FL Bar No. 308102 |
| 4700 N.W. Boca Raton Blvd. | Ford & Harrison LLP |
| Suite 302 | 1450 Centrepark Blvd., Suite 325 |
| Boca Raton, FL  33431 | West Palm Beach, FL  33401 |
| (561) 994-6922 (direct line) | E-mail:  mlindberg@fordharrison.com |
| (561) 994-0837 (facsimile) | Telephone: (561) 345-7505 |
| E-mail:  DML2@bellsouth.net | Fax: (561) 345-7501 |
| *Attorneys for Plaintiff* | Frederick Warren, Esq. |
| | Georgia Bar No. 738350 |
| | Email:  rwarren@fordharrison.com |
| | 271 17th St NW, Suite 1900 |
| | Atlanta, GA 30363 |
| | Telephone (404) 888-3828 |
| | Facsimile  (404) 888-3863 |

*Poschmann v. Via Bice Worth Avenue, LLC*
Case No. 9:17-cv-80532-KAM
Stipulation and Motion for Dismissal with Prejudice

*Admitted Pro Hac Vice*

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice to: Drew M. Levitt, Esq., and Lee D. Sarkin, Esq., 4700 N.W. Boca Raton Blvd., Suite 302, Boca Raton, FL 33431.

/s/ Merry E. Lindberg
Merry E. Lindberg, Esq.
Florida Bar No.: 308102

WSACTIVELLP:9475362.1