UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80532-CIV-MARRA

DAVID POSCHMANN,

    Plaintiff,
vs.

VIA BICE WORTH AVENUE, LLC,
and 313 WORTH AVENUE, LLC,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Stipulation and Motion for Dismissal With Prejudice as to Via Bice Worth Avenue, LLC [DE 24].  Having considered the submission, nothing that the other defendant has been voluntarily dismissed (DE 17), and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this Cause be, and the same is, hereby DISMISSED with prejudice.  Fed. R. Civ. P. 41(a)(1).  Each party will bear his/its own costs, expenses and attorneys' fees.  Any pending motions are denied as moot.  This case is **CLOSED.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 4th day of December, 2017.

_____
KENNETH A. MARRA
United States District Judge